**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Brian K. Thompson
Attorney at Law
2915 Jackson Street
Alexandria LA 71301

**REHEARING ACTION: November 25, 2015**

**Docket Number: 15   00225-CA**

**GOAL PROPERTIES, INC.**
**VERSUS**
**JANET CRAIG PRESTRIDGE, ET AL.**

**Appealed from Rapides Parish Case No. 235,189**

**BEFORE JUDGES:**

      **Hon. Jimmie C. Peters**
      **Hon. Billy Howard Ezell**
      **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Janet Craig Prestridge, et al** has this day been

      **DENIED.**

cc: Gregory Engelsman, Counsel for the Appellant